Argued January 17, affirmed January 17, 1972

STATE OF OREGON, *Respondent, v.* THURMAN
NICHOLSON (No. 73222), *Appellant.*

492 P2d 831

*F. E. Glenn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Gary D. Gortmaker,* District Attorney, Salem, argued the cause and filed the brief for respondent.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.